*Geo. C. Wildermuth, Charles M. McCarty* and *Joseph Nemerov* for Kelsey et al., and *Mr. Samuel Silbiger* for Eddy, respondents.

No. 1004. FRANKLIN PEANUT CO. *v.* COMMISSIONER OF INTERNAL REVENUE. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. E. F. Colladay* and *Wilton H. Wallace* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key, Miss Helen R. Carloss* and *Mrs. Maryhelen Wigle* for respondent.

No. 1008. DOLAN ET AL. *v.* MEYER ET AL. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George R. Fearon* and *Laurence Sovik* for petitioners. *Mr. Robert H. O'Brien* for respondents.

No. 929. BARRY, ADMINISTRATRIX, *v.* READING COMPANY. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Milford J. Meyer* for petitioner. *Messrs. Robert N. Miller* and *John C. Ristine* for respondent.

No. 935. COMPAGNA ET AL. *v.* UNITED STATES;
No. 942. MARITOTE *v.* UNITED STATES; and
No. 946. KAUFMAN *v.* UNITED STATES. April 2, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Wm. Scott Stewart* for petitioners in No. 935. *Francis Maritote, pro se. Messrs. J. Bertram Wegman* and *Harold Simandl* for